Thomas B. Haverstock (SBN 121232)
    tom@hollp.com
Chris Kao (SBN 227086)
    ckao@hollp.com
Tina T. Wang (SBN 251191)
    twang@hollp.com
Haverstock & Owens LLP
162 North Wolfe Road
Sunnyvale, CA 94086
Telephone: (408) 530-9700
Facsimile: (408) 530-9797

G. Christopher Holder (*pro hac vice*)
    cholder@murfreesborolawyers.com
Kious, Rodgers, Barger, Holder & Kious, PLLC
503 North Maple Street
Murfreesboro, Tennessee 37130
Telephone: (615) 895-5566
Facsimile: (615) 895-8452

Attorneys for Defendant
WOODLINE USA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. VICE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODLINE USA, INC.,<br><br>a Tennessee Corporation,<br><br>    Defendant | Case No.: 4:10-CV-04103-CW<br><br>**STIPULATED REQUEST FOR ORDER POSTPONING CASE MANAGEMENT CONFERENCE DATE AND [~~PROPOSED~~] ORDER**<br><br>Courtroom: 2, 4th Floor<br>Judge: Claudia Wilken |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Woodline USA, Inc. ("Woodline") and Plaintiff James P. Vice ("Vice") hereby request an order postponing the date of the Case Management Conference until Tuesday, February 8, 2011, at 2:00 p.m. and respectfully request an order pursuant to this stipulation. The parties seek such an extension

to allow time for the Court to rule upon Woodline's Motion to Dismiss, Motion to Transfer and Motion to Strike. The Case Management Conference is currently scheduled for January 18, 2011. The Court has taken Woodline's Motion to Dismiss, Motion to Transfer and Motion to Strike under submission (Dkt. #29).

Respectfully submitted, and dated: January 6, 2011

By: /s/ Thomas B. Haverstock

Thomas B. Haverstock (SBN 121232)
Chris Kao (SBN 227086)
Tina T. Wang (SBN 251191)
Haverstock & Owens LLP

G. Christopher Holder (pro hac vice)
Kious, Rodgers, Barger, Holder & Kious, PLLC

Attorneys for Defendant Woodline USA, Inc.

By: /s/ Kevin R. Martin

Kevin R. Martin (SBN 176853)
Patton Martin & Sullivan LLP

Attorneys for Plaintiff James P. Vice

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January _7_, 2011          By: _____
                                      Honorable Claudia Wilken

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

| | |
|---|---|
| Dated: January 6, 2011 | By: /s/ Chris Kao |
| | Chris Kao (SBN 227086) |
| | Attorney for Defendant Woodline USA, Inc. |