Kevin R. Martin  (SBN 176853)
PATTON MARTIN & SULLIVAN LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Tel:  925-600-1800
Fax: 925-600-1802
kevin@pattonmartinsullivan.com

Attorneys for Plaintiff and Counterclaim Defendant
JAMES P. VICE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMES P. VICE, an individual,<br><br>                        Plaintiff,<br><br>vs.<br><br>WOODLINE USA, INC.,<br>a Tennessee Corporation,<br><br>                        Defendant. | No.  4:10-cv-04103-CW<br><br>JOINT STIPULATION TO EXTEND TIME OF DEADLINE DATES ISSUED IN  CASE MANAGEMENT ORDER OF FEBRUARY 8, 2011 AND ORDER |

Pursuant to Civil L.R. 6.2, Plaintiff and Counterclaim Defendant JAMES P. VICE and Defendant and Counterclaim Plaintiff WOODLINE USA, INC. do hereby submit this Joint Stipulation Extending Case Management Order Deadline Dates Issued on February 8, 2011 for an additional 60 days from the presently deadline dates.

The parties submit this Stipulation on the basis that the parties participated in the court-ordered Early Neutral Evaluation on May 5, 2011 , which was conducted later than originally anticipated, and the parties are evaluating the results and considering settlement options and believe with additional time the parties may likely resolve their issues.

Based on the foregoing, the parties respectfully request the Court grant an additional 60 days for the parties to comply with the claim construction proceedings according to the patent local rules; and complete all fact discovery, including expert discovery as required by the Court's

Case Management Order of February 8, 2011 as follows:

1. Completion of Fact Discovery from June 15, 2011 to August 15, 2011;
2. Disclosure of identities and reports of expert witnesses from July 1, 2011 to September 1, 2011;
3. Completion of Expert Discovery from August 3, 2011 to October 3, 2011; and
4. All other dates issued in the Court's Case Management Order of February 8, 2011 shall remain the same.

June _____, 2011                    Respectfully Submitted,

                                      Patton Martin & Sullivan LLP


                                      By: _____
                                            Kevin R. Martin

                                      Attorneys for Plaintiff and Counterclaim
                                      Defendant JAMES P. VICE


June _____, 2011                    Haverstock & Owens LLP


                                      By: _____
                                            Chris Kao

                                      Attorneys for Defendant and
                                      Counterclaim Plaintiff WOODLINE USA, INC.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
NO.  4:10-cv-04103-CW

2

1  **ORDER**

2  Having considered the parties request and Joint Stipulation To Extend Time of Deadline

3  Dates issued in the Case Management Order of February 8, 2011, therefore, the Court hereby

4  orders that the deadline for the parties to complete all fact discovery, including expert discovery

5  as required by the Court's Case Management Order of February 8, 2011 is extended for 60 days

6  as follows:

7      1. Completion of Fact Discovery is August 15, 2011;

8      2. Disclosure of identities and reports of expert witnesses September 1, 2011;

9      3. Completion of Expert Discovery is October 3, 2011;

10     4. Compliance with the Claim Construction Proceedings of the Patent Local Rules is

11        extended by 60 days; and

12     5. All other dates issued in the Court's Case Management Order of February 8, 2011

13        shall remain the same.

14 IT IS SO ORDERED.

Date: 6/20/2011

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER     3
NO. 4:10-cv-04103-CW