Kevin R. Martin (SBN 176853)
PATTON MARTIN & SULLIVAN LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566
Tel: 925-600-1800
Fax: 925-600-1802
kevin@pattonmartinsullivan.com

Attorneys for Plaintiff and Counterclaim Defendant
JAMES P. VICE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JAMES P. VICE, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>WOODLINE USA, INC.,<br>a Tennessee Corporation,<br><br>            Defendant. | No. 4:10-cv-04103-CW<br><br>JOINT STIPULATION TO EXTEND CASE-DISPOSITIVE MOTION HEARING DATE AND FURTHER CASE MANAGEMENT CONFERENCE AND RELATED DATES; [PROPOSED] ORDER |

Pursuant to Civil L.R. 6.2, Plaintiff and Counterclaim Defendant JAMES P. VICE and Defendant and Counterclaim Plaintiff WOODLINE USA, INC. do hereby submit this Joint Stipulation To Extend Case-Dispositive Motion Hearing Date And Further Case Management Conference and Related Dates for thirty-five days from the presently scheduled deadline dates.

The parties submit this Stipulation on the basis that the parties have been actively engaged in settlement discussions, and have a good-faith belief that this matter may be resolved in the very near future, and that with additional time the parties may likely resolve their issues.

Based on the foregoing, the parties respectfully request the Court extend the date for case-dispositive motion and associated Case Management Conference from December 1, 2011 to January 6, 2012 at 2:00; and that other associated dates be extended as set forth below:

   1. Case –dispositive motion to be heard at 2:00 p.m. on January 6, 2012.

JOINT STIPULATION AND [PROPOSED] ORDER
NO. 4:10-cv-04103-CW                                                                                                                                   1

## ORDER

Having considered the parties request and Joint Stipulation To Extend Case-Dispositive Motion Hearing Date And Further Case Management Conference and Related Dates for thirty-five days from the presently scheduled deadline dates, and finding good cause therefore, the Court hereby orders that the date for any case-dispositive motion and associated Case Management Conference is extended for 35 days as follows:

1. Case –dispositive motion to be heard at 2:00 p.m. on January **5, 2012.**
2. Further case management conference set for 2:00 p.m. on January **5, 2012.**
3. The briefing schedule associated with the case-dispositive motion shall remain the same; to wit: plaintiff's opening brief due 6 weeks before the 01/06/2012 hearing date; Defendant's opposition/cross-motion (contained within a single brief) due 2 weeks thereafter; Plaintiff's reply/opposition to cross-motion (contained within a single brief) due one week thereafter; Defendant's reply due one week thereafter.
4. All other dates, including trial and pre-trial conference dates shall remain the same as per the Court's Minute Order and Case Management Order of February 8, 2011.

IT IS SO ORDERED, **instead of dates remain the same, dates may need to be changed**.

Date: __10/25/2011_____

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
NO. 4:10-cv-04103-CW                3

1  2. Further Case Management Conference set for 2:00 p.m. on January 6, 2012.
2  3. The briefing schedule associated with the case-dispositive motion shall remain the
3     same; to wit: plaintiff's opening brief due 6 weeks before the 01/06/2012 hearing
4     date; Defendant's opposition/cross-motion (contained within a single brief) due 2
5     weeks thereafter; Plaintiff's reply/opposition to cross-motion (contained within a
6     single brief) due one week thereafter; Defendant's reply due one week thereafter.
7  4. All other dates, including trial and pre-trial conference dates shall remain the same
8     as per the Court's Minute Order and Case Management Order of February 8, 2011.

October 20, 2011                                   Respectfully Submitted,

                                                   Patton Martin & Sullivan LLP

                                                   By: /s/ Kevin R. Martin
                                                   Kevin R. Martin

                                                   Attorneys for Plaintiff and Counterclaim
                                                   Defendant JAMES P. VICE

October 20, 2011                                   Law Offices of Scott Fructher

                                                   By: /s/ Scott FRUCHTER
                                                   Scott Fruchter

                                                   Attorneys for Defendant and
                                                   Counterclaim Plaintiff WOODLINE USA, INC.